United States District Court
Eastern District of New York

# NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

__10__ CV __431__

1) indicated that this case is related to the following case(s):

__90 CV 2044__

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to

____ CR/CV _____.

The application is ☐ granted.
SO ORDERED.   ☒ denied.

/S/
_____
Sandra L. Townes, U.S.D.J.
Dated: February 2, 2010
Brooklyn, New York

Plaintiff's application for a determination that these cases are related is denied. Docket number 90 CV 2044 was finally disposed of on June 24, 1993.